FILED
NOV 2 2 2017
TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

IN THE CIRCUIT COURT OF _____ COUNTY, WEST VIRGINIA

_Andrew Miller_,
Petitioner,

VS

Civil Action No. 2:17-4398
42 U.S.C. § 1983

_James Stucky_,
Respondent.

## COMPLAINT

JURISDICTION:

State courts have jurisdiction to hear claims based on Federal Civil rights statues and must apply federal law in doing so. Every state has expressly or by implication opened its court to § 1983 actions. <u>Howlett v. Rose</u>, 496 U.S. 356, 110 L. Ed 2d 332, 1105 S. Ct. 2430 (1990) State immunity rules and notice requirements do not apply in state Court § 1983 action. <u>Felder v. Casey</u>, 487 U.S. 131, 101 L. Ed 2d 123, 108 S.Ct. 2302 (1988) 42 U.S.C. § 1983

I. Previous Lawsuits:

  A. Have you began other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  Yes _____  No _____

  B. If your answer to A is yes, describe each lawsuit in the space provided. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs:

   Andrew miller

   Defendants:

   David ballard

2. Court (if federal court, name the district; if state court, name the county):

   Southern district West Virginia Charleston division

3. Docket Number: 2:14 CV 16865

4. Name of the judge to whom case was assigned:

   Dwayne L. Tinsley

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   Pending

6. Approximate date of filing lawsuit: 10/1/14

7. Approximate date of disposition: _____

II. Place of present confinement: Mt. Olive Correctional Complex

A. Is there a prisoner grievance procedure in this institution?

Yes ✓     No ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ____     No ✓

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

D. If your answer is NO, explain why not: This is about violation of my criminal conviction.

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Andrew Wayne Miller
(Full Name)

1st Side Way Mt. Olive, WV 25185
(Present Address)

B. Additional Plaintiffs and address _____

_____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant James C Stucky
is employed as Judge in Kanawha County
at the Circuit Court

D. Defendant Donald Morris
is employed as Prosecutor
at 301 Virginia St East
Charleston, WV 25301

E. Defendant Mark Plants
is employed as Prosecutor
at 301 Virginia St East
Charleston, WV 25301

F. Defendant Troy N. Giatras
is employed as Lawyer
at Giatras Law firm

G. Defendant _____
is employed as _____
at _____

H. Defendant _____
is employed as _____
at _____

I. Any additional defendants _____

_____
_____
_____
_____
_____
_____
_____

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the name of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: James C. Stuckey

is employed as: (Judge) Kanawha County

at Circuit Court

D. Additional defendants: Troy Giatras (Attorney) of Giatras Law Firm, Mark Plants & Donald Morris Prosecuting Attorney, &

_____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 15, 2010 the Petitioner plead guilty to Attempted murder - 3 to 15 yrs - to run concurrent with the Raleigh County Case No. 09-F-235-H counts 1, 2, 3, & 4. (Ex.1) This is contract law! Plants, Morris, & Giatras agreed to fullfill the terms of this plea agreement. (Ex.2) On the April 15, 2010 plea agreement #4 it states "It is further understood that should any party to this agreement fail to meet the terms & conditions of this agreement then this agreement should terminate as null & void." (Ex.2) The Petitioner

## IV. Statement of Claim (continued):

Never plead guilty to Count 4th in Raleigh County case no 09. F. 233.(Ex.3) The judge James Stucky is suppose to uphold this Plea Agreement! between defendants Morris, Plants, & Giotras (Ex.1) This judge is suppose to set aside this Conviction upon an offended parties motion. Plaintiff is offended for the terms of the Agreement is not fulfilled in full! Defendant Stucky still has not overturned this conviction after plaintiff filed his motion on or about Sept. 30, 17. None of the defendants has fulfilled their part of the plea agreement & sentence petitioner to the penitentiary this violates plaintiff 14th amendment due process.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order the defendants to pay 1,000,000 [4] in cash jointly & severly. Order the defendant to do their job as to the Plea Agreement/Contract law & overturn the conviction, & cover all expenses in this case & whatever this court deems proper.

V.   Relief

   State briefly exactly what you want the court to do for you.
   Make no legal arguments. Cite no cases or statues.

   1,000,000$ in cash!
   + tell them to do the right thing.

VI.   Counsel

   A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name: _____

   B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____   No __✓__

   If so, state the name(s) and address of each lawyer contacted.
   _____
   _____

   If not, state your reasons: _____
   _____
   _____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____ No _____

If so, state the lawyer's name and address:

_____

_____

_____

_____

Signed this ____ day of _____, 20____.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____ day of _____, 20____.

_____
(Signature of Plaintiff)

**STATE OF WEST VIRGINIA**
**COUNTY OF** _____,

Subscribed and sworn before me this ____ day of _____, 20____.

My commission expires _____.

_____
(Notary Public)

**STATE OF WEST VIRGINIA**

COUNTY OF _____, TO-WIT:

## VERIFICATION

_(signature)_____, the Petitioner in the foregoing 42 U.S.C. § 1983 Complaint, after being duly sworn, says that the facts and allegations contained therein are true, except insofar as they are stated to be upon information and belief, and that insofar as they are therein stated, they are believed to be true.

_____
Petitioner

Subscribed and sworn before me this 30th day of October, 2017.
My commission expires Sept 10, 2020.

_Brenda K. Blake_
Notary Public



Official Seal
Notary Public, State of West Virginia
Brenda K. Blake
P.O. Box 275
Montgomery, WV 25136
My commission expires September 10, 2020